UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHONSAVANH PHONGMANIVAN,

           Petitioner,

    v.

MARGARET GILBERT,

           Respondent.

CASE NO. C16-0556-RAJ

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation (Dkt. # 17) of the Honorable Mary Alice Theiler, United States Magistrate Judge, the parties' objections thereto (Dkt. ## 18, 19, 20), and the remaining record, finds and Orders as follows:

1.     The Court adopts the Report and Recommendation;

2.     Petitioner's habeas petition is DENIED as time barred, and this action is DISMISSED with prejudice;

3.     A certificate of appealability is GRANTED with respect to petitioner's claim that he is entitled to equitable tolling of the statute of limitations based on the unavailability of certain transcripts. A certificate of appealability is DENIED as to all other claims raised in petitioner's federal habeas petition and traverse. *See* 28 U.S.C. § 2253; and

ORDER OF DISMISSAL
PAGE - 1

4.       The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 7th day of November, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 2