UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHONSAVANH PHONGMANIVAN,

        Petitioner,

v.

RON HAYNES,

        Respondent.

Case No. 2:16-cv-00556-RAJ-MAT

~~PROPOSED~~ ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED with prejudice;

(3) A certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c); and

\\

\\

PROPOSED ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 30th day of June, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER OF DISMISSAL - 2